*E-FILED - 8/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD GALVAN,** | C 06-4143 RMW |
| Petitioner, | **[] ORDER** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **October 6, 2008**, an answer or other response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: ___8/21/08_____     _____*Ronald M. Whyte*_____
                                    The Honorable Ronald M. Whyte

[ Order                                            Galvan v. Yates, Warden
                                                   Case No. C 06-4143 RMW