**E-FILED on** 4/23/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GALVAN,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES YATES, Warden, Pleasant Valley State Prison, California,<br><br>    Respondent. | No. C-06-04143 RMW<br><br>JUDGMENT |

On April 23, 2012, the court denied petitioner's petition for a writ of habeas corpus. Therefore, it is hereby adjudged that petitioner takes nothing by way of his petition and that judgment be entered in favor of respondent.

DATED:     April 23, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-06-04143 RMW
MEC